**<u>ORAL ARGUMENT NOT YET SCHEDULED</u>**

**UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, )<br>)<br>Petitioner, )<br>v. )<br>)<br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, Administrator, )<br>)<br>Respondents. ) | Case No. 12-1321 |

**NONBINDING STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's Orders of July 23, 2012, and August 24, 2012, petitioner Natural Resources Defense Council submits the following nonbinding statement of issues to be raised:

1.   Whether respondents ("EPA" or "the agency") acted illegally and arbitrarily in extending the outer attainment deadline for areas designated nonattainment for the 2008 ozone National Ambient Air Quality Standards ("NAAQS") from a fixed number of years after the date of their designation to the end of the calendar year in which the deadline would occur.

2.   Whether EPA acted illegally and arbitrarily in revoking the 1997 ozone NAAQS for transportation conformity purposes effective one year after designation of an area for the 2008 ozone NAAQS.

DATED:  September 6, 2012

Respectfully submitted,

/s/Seth L. Johnson
Seth L. Johnson
David S. Baron
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500
sjohnson@earthjustice.org
dbaron@earthjustice.org

*Counsel for Natural Resources Defense Council*